UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 06-30456-H1-13** |
| **Rebecca Vindiola** | § | |
| | § | |
| | § | |
| **DEBTOR(S)** | § | **CHAPTER 13** |

## ORDER TO EMPLOYER TO PAY CHAPTER 13 TRUSTEE

**ORDERED:**

1.    Ridgemont CIA, Attn: Payroll, 5107 Rodgecreek Circle, Houston, TX 77053, is ordered to pay **$386.54 each pay period** out of the income of Rebecca Vindiola to the Chapter 13 Trustee.  Payment shall be made to:

Daniel E. O'Connell
P.O. Box 2255
Memphis, TN 38101-2255

2.    These wage deductions shall continue until further order of this Court.

3.    The Chapter 13 Trustee and the Debtor(s) shall each submit a copy of this order to the employer.

Feb. 10, 2006

_____
UNITED STATES BANKRUPTCY JUDGE