Case No:   06-30456-H1-13
Debtor(s):   **Rebecca Vindiola**

---

*AMENDED*

## Plan Summary and Statistical Cover Sheet to Proposed Plan

Date:   **3/22/2006**

### Disposable Income and Plan Payments

| Projected Schedule "I" Income | Projected Schedule "J" Expenses | Projected Disposable Income | Beginning Month # | Ending Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|
| **$3,723.13** | **$2,045.14** | **$1,677.99** | **1 (Mar 06)** | **55 (Sep 10)** | **$1,675.00** | **$92,125.00** |
| | | | | | Grand Total | $92,125.00 |
| | | | | | Less 10% trustee fee | $9,212.50 |
| | | | | | Net Available | $82,912.50 |

### Projected Trustee Disbursements to Priority and Secured Creditors

| Name of Holder / Description of Collateral (or "None" if appropriate) | Type of Claim (List Priority Claims, Followed by Claims Secured by Principal Residence, Followed by Other Secured Claims) | Int. Rate | Beg. Month # | End Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|
| **Keeling Law Firm** **None** | **Priority** | 0.00% | 1 | 6 | $275.00 | $1,650.00 |
| **AMC Mortgage** **Homestead- Regular Payments** | **Principal Res. (Arrearage)** | 0.00% | 1 | 55 | $989.00 | $54,395.00 |
| **AMC Mortgage** **Homestead- arrears** | **Principal Res. (Arrearage)** | 0.00% | 7 | 55 | $493.95 | $24,203.53 |
| | | | | | Grand Total | $80,248.53 |

#### SUMMARY OF PAYMENTS

| | |
|---|---|
| Net Available to Creditors | $82,912.50 |
| Less Estimated Attorneys' fees | $1,650.00 |
| Less Total to Priority Creditors | $0.00 |
| Less Total to Secured Creditors | $78,598.53 |
| Less Total to Specially Classified Unsecured Creditors | $0.00 |
| Net Available for Unsecured Creditors | $2,663.97 |
| Estimated General Unsecured Claims | $75,008.00 |
| Forecast % Dividend on General Unsecured Claims | 4% |

#### BEST INTEREST TEST

| | |
|---|---|
| Value of total non-exempt property | $500.00 |
| Total distributions to all priority and general unsecured creditors | $4,313.97 |