Case No:   06-30456-H1-13
Debtor(s):   **Rebecca Vindiola**

## *2nd AMENDED*
## Plan Summary and Statistical Cover Sheet to Proposed Plan

Date:   **3/22/2006**

### Disposable Income and Plan Payments

| Projected Schedule "I" Income | Projected Schedule "J" Expenses | Projected Disposable Income | Beginning Month # | Ending Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|
| $3,723.13 | $1,990.14 | $1,732.99 | 1 (Mar 06) | 3 (May 06) | $1,675.00 | $5,025.00 |
|  |  |  | 4 (Jun 06) | 60 (Feb 11) | $1,730.00 | $98,610.00 |
|  |  |  |  |  | Grand Total | $103,635.00 |
|  |  |  |  |  | Less 10% trustee fee | $10,363.50 |
|  |  |  |  |  | Net Available | $93,271.50 |

### Projected Trustee Disbursements to Priority and Secured Creditors

| Name of Holder / Description of Collateral (or "None" if appropriate) | Type of Claim (List Priority Claims, Followed by Claims Secured by Principal Residence, Followed by Other Secured Claims) | Int. Rate | Beg. Month # | End Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|
| **Keeling Law Firm** None | Priority | 0.00% | 1 | 4 | $412.50 | $1,650.00 |
| **AMC Mortgage** Homestead- Regular Payments | Principal Res. (Arrearage) | 0.00% | 1 | 60 | $987.22 | $59,233.20 |
| **AMC Mortgage** Homestead- arrears | Principal Res. (Arrearage) | 0.00% | 5 | 60 | $432.21 | $24,203.53 |
| **Paul Bettencourt** Homestead | Principal Res. (Arrearage) | 12.00% | 5 | 60 | $129.85 | $7,271.16 |
|  |  |  |  |  | Grand Total | $92,357.89 |

| SUMMARY OF PAYMENTS | |
|---|---|
| Net Available to Creditors | $93,271.50 |
| Less Estimated Attorneys' fees | $1,650.00 |
| Less Total to Priority Creditors | $0.00 |
| Less Total to Secured Creditors | $90,707.89 |
| Less Total to Specially Classified Unsecured Creditors | $0.00 |
| Net Available for Unsecured Creditors | $913.61 |
| Estimated General Unsecured Claims | $75,008.00 |
| Forecast % Dividend on General Unsecured Claims | 1% |

| BEST INTEREST TEST | |
|---|---|
| Value of total non-exempt property | $500.00 |
| Total distributions to all priority and general unsecured creditors | $2,563.61 |