UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 06-30456-H1-13 |
| Rebecca Vindiola | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

**AMENDED**
**ORDER TO EMPLOYER TO PAY CHAPTER 13 TRUSTEE**

**ORDERED:**

1. Ridgemont CIA, Attn: Payroll, 5107 Rodgecreek Circle, Houston, TX 77053, is ordered to pay **$399.23 each pay period** out of the income of Rebecca Vindiola to the Chapter 13 Trustee. Payment shall be made to:

    Daniel E. O'Connell
    P.O. Box 2255
    Memphis, TN 38101-2255

2. These wage deductions shall continue until further order of this Court.

3. The Chapter 13 Trustee and the Debtor(s) shall each submit a copy of this order to the employer.

_____
UNITED STATES BANKRUPTCY JUDGE