IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

IN RE: REBECCA VINDIOLA                                                                                                   CASE NO: 06-30456-H1-13
6419 BROOKFIELD DR                                                                                                                    DATE: 05/31/2006
HOUSTON, TX 77085

AKA:

XXX-XX-8215

## TRUSTEE'S INTERIM FINAL REPORT AND ACCOUNT

DANIEL E. O'CONNELL, TRUSTEE for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b)(1).

1. The case was filed on February 06, 2006 and confirmed on May 24, 2006. The case was subsequently transferred to William E. Heitkamp on June 1, 2006.

2. The amount paid to the Trustee by or on behalf of the debtor(s) was $5,025.00.

3. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|---|
| AMERIQUEST MORTGAGE | SECURED | 67,675.76 | 2,961.66 | 0.00 | 64,714.10 |
| AMC MORTGAGE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERIQUEST MORTGAGE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| HOUSTON ISD | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| PAUL BETTENCOURT | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| LINEBARGER HEARD GOGGAN BLAIR | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| AMEX | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| AT&T | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| GMAC | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| GMAC | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| MCI / PARK DANSEN | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| PALAIS ROYAL | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| UNIQUE NTL | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON WIRELESS | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| JOHN VINDIOLA | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| AMC MORTGAGE SERVICES INC | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL FOR U S | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| DISTRICT COUNSEL | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| NCSCORP | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL E OCONNELL | CASE COSTS | 0.00 | 0.00 | 0.00 | 0.00 |
| DEBTOR | REFUND | Continuing | 0.00 | 0.00 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

IN RE: REBECCA VINDIOLA                                                                CASE NO: 06-30456-H1-13

3. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|---|
| KEELING LAW FIRM | ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |

4. Summary of Disbursements:

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|
| CLAIM AMOUNT: | 0.00 | 0.00 | 0.00 | 67,675.76 | 0.00 | 0.00 | 67,675.76 |
| PRINCIPAL PAID : | 0.00 | 0.00 | 0.00 | 2,961.66 | 0.00 | 0.00 | 2,961.66 |
| INTEREST PAID : | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

5. Additional Costs of administration:

The Trustee was paid $283.98 pursuant to 11 USC 1302.

Funds transferring to the new trustee total $1,779.36.

/S/ Daniel E. O'Connell
DANIEL E. O'CONNELL, TRUSTEE

XC: REBECCA VINDIOLA

KEELING LAW FIRM
3310 KATY FWY STE 200
HOUSTON, TX 77007-

CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's office on or about the time this document was electronically filed with the Clerk on May 31, 2006. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S. Bankruptcy Clerk's office.

Electronically signed by

Daniel E. O'Connell, Chapter 13 Trustee