ENTERED
11/07/2007

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 06-30456-H5-13 |
| Rebecca Vindiola | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

## AMENDED ORDER TO EMPLOYER TO PAY CHAPTER 13 TRUSTEE

**ORDERED:**

1. Ridgemont CIA, Attn: Payroll, 5107 Rodgecreek Circle, Houston, TX 77053, is ordered to pay **$447.69 Weekly** out of the income of **Rebecca Vindiola** to the Chapter 13 Trustee.  Payment shall be made to:

**William E. Heitkamp
P.O. Box 740
Memphis, TN 38101-0740**

2. These wage deductions shall continue until further order of this Court.

3. The Chapter 13 Trustee and the Debtor(s) shall each submit a copy of this order to the employer.

Approved:

NOV 0 7 2007

_____
UNITED STATES BANKRUPTCY JUDGE

/s/Rebecca Vindiola
    Rebecca Vindiola

