IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 06-30456-H5-13 |
| | § | |
| REBECCA VINDIOLA | § | |
| | § | |
| | § | |
| DEBTOR | | CHAPTER 13 |

**CHAPTER 13 TRUSTEE'S NOTICE TO PAY ADJUSTED MONTHLY MORTGAGE AMOUNT**

The undersigned Chapter 13 Trustee is in receipt of a notice of adjustment of a monthly installment amount due on a claim dealt within the Chapter 13 Plan pursuant to 11 U.S.C. § 1322(b)(5).

The name of the claimant is: Citi Residential Lending

A copy of the notice of adjustment is attached hereto as "Exhibit A."

The Trustee has reviewed the proposed adjustment, and intends to comply with the payment request.

Pursuant to paragraph 7 of the Chapter 13 Trustee Procedures for Administration of Home Mortgage Payments adopted by the Court on September 29, 2005, notice is hereby given that the Trustee will comply with the proposed change in the payment amount unless a party in interest files a motion seeking a review of the proposed adjustment of the payment within 20 days from the date of this notice.

**RESPECTFULLY SUBMITTED,**

/s/ William E. Heitkamp
William E. Heitkamp, Trustee
Admissions Id. No. 3857
9821 Katy Freeway
Suite 590
Houston, Texas 77024
(713) 722-1200 Telephone
(713) 722-1211 Facsimile

**CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that a true and correct copy of the foregoing was sent to all parties as listed below on, November 14, 2008, either electronically or via U.S. First Class Mail.

| | | |
|---|---|---|
| United States Trustee | Kenneth Keeling | Rebecca Vindiola |
| 515 Rusk Avenue | Attorney at Law | 6419 Brookfield Dr. |
| Suite 3516 | 3310 Katy Freeway # 200 | Houston, TX 77085 |
| Houston, TX 77002 | Houston, TX 77007 | |
| | | |
| Citi Residential Lending | Buchalter, Nemer | |
| P O Box 769 | 18400 Von Karman Avenue | |
| Orange, CA 92866-9998 | Suite 800 | |
| | Irving, CA 92612 | |

                          /s/ William E. Heitkamp
                         William E. Heitkamp, Trustee