IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 06-30456-H5-13 |
| Rebecca Vindiola | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

## DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS AND REQUEST FOR HEARING

At this time, Debtor has not provided a basis to oppose the Trustee's Motion to Dismiss filed on or about November 21, 2008.

Respectfully submitted,

THE KEELING LAW FIRM
/s/Kenneth A. Keeling
Kenneth A. Keeling; TBN 11160500
Yolanda Gutierrez; TBN 24041028
3310 Katy Freeway, Suite 200
Houston, Texas 77007
Tel: (713) 686-2222; Fax (713) 579-3059

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all parties electronically or by U.S. First Class Mail on December 2, 2008.

| | | |
|---|---|---|
| United States Trustee | William E. Heitkamp | Rebecca Vindiola |
| 515 Rusk, Suite 3516 | 9821 Katy Freeway | |
| Houston, TX 77002 | Suite 590 | 6419 Brookfield Dr |
| | Houston, Texas 77024 | Houston, TX 77085 |

/s/Kenneth A. Keeling
KENNETH A. KEELING