IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



In Re:
Rebecca Vindiola
6419 Brookfield Dr
Houston, Tx  77085
Debtor(s)

Chapter 13 Case No: 06-30456-13
01/14/2009

## ORDER DISMISSING CASE
## AND
## ESTABLISHING DEADLINE FOR FILING ADMINISTRATIVE CLAIMS

At Houston, Texas, on this date, came on for consideration the Trustee's Motion to Dismiss in the above captioned Chapter 13 proceeding. The court, having considered the Motion, finds that proper notice to all parties in interest has been given, and after hearing all opposition to the Motion, and considering the grounds set forth in the Trustee's Motion, the Court does hereby find that the case should be and is hereby Dismissed.

It is further **ORDERED** that the deadline for filing an application or administrative expense in this case is set at 20 days following entry of this Order. The deadline for filing a motion for allowance of a claim arising under 11 U.S.C. Section 507(b) in this case is also set at 20 days following entry of this order.

If an application for allowance of professional fees and expenses has previously been filed in this case, the applicant is not required to file a new application for allowance of an administrative expense under 11 U.S.C. Sec. 503, if the new application only seeks allowance of the same professional fees and expenses previously requested.

Dated: JAN 1 3 2009

_____
UNITED STATES BANKRUPTCY JUDGE

MAS