IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                               CASE NO.  06-30456-H5-13

REBECCA VINDIOLA                 DATE: 02/03/2009

a/k/a     DEBTOR

TRUSTEE'S FINAL REPORT
AND ACCOUNT

**IF YOU WANT A HEARING ON THE FINAL REPORT AND ACCOUNTING, YOU MUST REQUEST ONE IN WRITING, AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THIS NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

WILLIAM E. HEITKAMP, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on Feb 06, 2006 and Confirmed on May 24, 2006. The case was subsequently DISMISSED AFTER CONF on Jan 13, 2009.

2. The amount paid to the Trustee by or on behalf of the Debtor was $54,110.00.

3. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---:|---:|---:|---:|
| AMERICAN EX CENTURION/OPTIMA | UNSECURED CLAIM | $2,553.77 | $0.00 | $0.00 | $2,553.77 |
| ASSET ACCEPTANCE CORPORATION | UNSECURED CLAIM | $536.84 | $0.00 | $0.00 | $536.84 |
| ASSET ACCEPTANCE CORPORATION | UNSECURED CLAIM | $4,645.14 | $0.00 | $0.00 | $4,645.14 |
| BANK ONE FINANCIAL | UNSECURED CLAIM | $8,792.34 | $0.00 | $0.00 | $8,792.34 |
| CAPITAL ONE | UNSECURED CLAIM | $1,364.74 | $0.00 | $0.00 | $1,364.74 |
| CIT GROUP / SALES FINANCING | UNSECURED CLAIM | $17,215.75 | $0.00 | $0.00 | $17,215.75 |
| CITI RESIDENTIAL LENDING INC | MORTGAGE ARREARAGE | $24,203.53 | $16,544.08 | $0.00 | $7,659.45 |
| CITI RESIDENTIAL LENDING INC | ON-GOING MORTGAGE ( | $0.00 | $9,872.20 | $0.00 | $0.00 |
| CITI RESIDENTIAL LENDING INC | ON-GOING MORTGAGE ( | $0.00 | $18,318.13 | $0.00 | $0.00 |
| GMAC | Not filed | $0.00 | $0.00 | $0.00 | $0.00 |
| GMAC*** | UNSECURED CLAIM | $9,444.72 | $0.00 | $0.00 | $9,444.72 |
| HARRIS COUNTY/CITY OF HOUSTON | SECURED CLAIM | $7,010.07 | $4,434.56 | $1,127.04 | $2,575.51 |
| INTERNAL REVENUE SERVICE*** | UNSECURED CLAIM | $4,065.50 | $0.00 | $0.00 | $4,065.50 |
| MCI WORLD COM | Not filed | $0.00 | $0.00 | $0.00 | $0.00 |
| MIDLAND CREDIT MANAGEMENT IN | UNSECURED CLAIM | $547.22 | $0.00 | $0.00 | $547.22 |
| NATIONAL CAPITAL MANAGEMENT | UNSECURED CLAIM | $6,037.72 | $0.00 | $0.00 | $6,037.72 |
| NCS INC | UNSECURED CLAIM | $3,761.09 | $0.00 | $0.00 | $3,761.09 |
| ROUNDUP FUNDING LLC | UNSECURED CLAIM | $791.06 | $0.00 | $0.00 | $791.06 |
| SOUTH VERIZON WIRELESS | UNSECURED CLAIM | $243.14 | $0.00 | $0.00 | $243.14 |
| UNIQUE NATIONAL COLLECTION | Not filed | $0.00 | $0.00 | $0.00 | $0.00 |

**4. Summary of Disbursements:**

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMOUNT | $31,213.60 | $0.00 | $59,999.03 | $0.00 | $91,212.63 |
| PRINCIPAL PAID | $20,978.64 | $0.00 | $0.00 | $28,190.33 | $49,168.97 |
| INTEREST PAID | $1,127.04 | $0.00 | $0.00 | $0.00 | $1,127.04 |
|  | $22,105.68 | $0.00 | $0.00 | $28,190.33 | **$50,296.01** |

**5. Costs of Administration:**

| | |
|---|---|
| Amount clerk was paid through the plan for the filing fee: | $0.00 |
| Debtor's attorney was paid: | $1,650.00 |
| Amount Trustee was paid pursuant to 11 USC 1302. | $2,163.99 |
| Amount Refunded to debtor: | $0.00 |
| Amount Transferred to New Trustee: | $0.00 |
| | **$3,813.99** |

**Total Disbursements Plus Costs Of Administration: $54,110.00**

   Wherefore, the trustee requests that a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

/s/ William E. Heitkamp

William E. Heitkamp, Chapter 13 Trustee
Admissions ID 3857
9821 Katy Freeway Suite 590
Houston, TX  77024
713-722-1200

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on 02/03/2009. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S. Bankruptcy Clerk's Office.

/s/  William E. Heitkamp
WILLIAM E. HEITKAMP