# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS



In Re:  Rebecca Vindiola

**Debtor(s)**

Case No.: 06–30456

Chapter:  13

**ENTERED**
**02/09/2009**

## FINAL DECREE

The estate of the above−named debtor has been fully administered.

The deposit required by the plan has been distributed. (Chapter 13 Only)

IT IS ORDERED THAT:

William E. Heitkamp is discharged as trustee of the estate of the above−named debtor and the bond is cancelled;

The chapter 13 case of the above−named debtor is closed.

Signed and Entered on Docket: 2/9/09

KAREN K BROWN
United States Bankruptcy Judge